## Peleg Cross v. Will County National Bank.

1. APPELLATE COURT PRACTICE—*When the Court is Evenly Divided.*— When only two of the judges of this court take part in the consideration of a case and are divided in opinion as to whether the judgment should be affirmed or reversed, it must be affirmed.

**Receivership Proceedings.**—Appeal from the Circuit Court of Will County; the Hon. DORRANCE DIBELL, Judge, presiding. Heard in this court at the May term, 1897. Affirmed. Opinion filed September 20, 1897.

GEORGE S. HOUSE, attorney for appellant.

EGBERT PHELPS, attorney for appellee.

OPINION PER CURIAM.

In this case Judge Dibell, having tried the cause in the court below, takes no part in it consideration here.

Judges Crabtree and Wright, being divided in opinion as to whether the judgment should be affirmed or reversed, the court is divided, and therefore the judgment is affirmed.